**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-1205**

_____

JESSE LOWELL SATTERFIELD,

Plaintiff - Appellant,

versus

WEST VIRGINIA DEPARTMENT OF ENVIRONMENTAL
PROTECTION,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg. Irene M. Keeley, Chief
District Judge. (CA-02-191-1)

_____

Submitted: June 24, 2005          Decided: July 25, 2005

_____

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jesse Lowell Satterfield, Appellant Pro Se. Doren Burrell, OFFICE
OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West
Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jesse Lowell Satterfield appeals the district court's order denying his motions for leave to amend the complaint and to alter or amend the judgment in this employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Satterfield v. West Virginia Dep't of Environmental Protection</u>, No. CA-02-191-1 (N.D. W. Va. Jan. 18, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>